IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN KING,<br><br>    Petitioner,<br><br>  v.<br><br>CALIFORNIA STATE PRISON,<br><br>    Respondents.<br>_____ / | No. C 13-3269 JSW (PR)<br><br>**ORDER DENYING RECONSIDERATION** |

    This habeas action was opened based on a letter the Court received from Petitioner on July 15, 2013, in which he requested an "abeyance." The case was dismissed approximately three months later because Petitioner had not filed a habeas petition or other pleading despite the Court instructing him to do so and mailing him a form habeas petition with instructions for completing it. The case was dismissed without prejudice to Petitioner filing a habeas petition in a new action. IN forma pauperis status was also granted.

    Petitioner has since written to the Court asking the court to "look" at his case. He attaches his petition for review to the California Supreme Court and various trust documents. He has not shown grounds for reconsideration and his request for such is DENIED. Petitioner must file a habeas petition in order for his claims to be considered, and he must file the petition in a new case. The Clerk shall Petitioner a copy of the Court's form habeas petition along with this order.

    IT IS SO ORDERED.

DATED: 2/6/14

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WARREN KING, <br><br> Plaintiff, <br><br> v. <br><br> IN RE WARREN KING et al, <br><br> Defendant. _____/ | Case Number: CV13-03269 JSW <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Warren King
CSP-Los Angeles
P.O. Box 4670
D43943
Lancaster, CA 93539

Dated: February 6, 2014

Richard W. Wieking, Clerk
By: Lisa R Clark, Deputy Clerk